**Doris WILLIAMS, as Guardian of Donald Williams, Appellant,**

v.

**State of ARKANSAS; Department of Health and Human Services; Margo Green, Director; John Does, Appellees.**

No. 00–3324.

United States Court of Appeals, Eighth Circuit.

Submitted May 3, 2001.

Decided May 10, 2001.

Before MORRIS SHEPPARD ARNOLD, RICHARD S. ARNOLD, and FAGG, Circuit Judges.

PER CURIAM.

Doris Williams, as Guardian of Donald Williams, appeals the district court's dismissal of Williams's claim for damages under the Americans with Disabilities Act. We conclude Williams's claim is foreclosed by the Supreme Court's decision in *Bd. of Trs. of the Univ. of Ala. v. Garrett,* 531 U.S. 356, 121 S.Ct. 955, 148 L.Ed.2d 866 (2001), and our decision in *Alsbrook v. City of Maumelle,* 184 F.3d 999 (8th Cir.1999) (en banc), *cert. granted,* 528 U.S. 1146, 120 S.Ct. 1003, 145 L.Ed.2d 947, *and dismissed,* 529 U.S. 1001, 120 S.Ct. 1265, 146

L.Ed.2d 215 (2000). Accordingly, we affirm. *See* 8th Cir. R. 47B.

A true copy.